JOHN BALAZS
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorney for Defendant-Appellant
KADEN AUGUST OLLILA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 25-5302 |
| | ) | D. Ak. No. 1:24-CR-0003-TMB |
| Plaintiff-Appellee, | ) | |
| | ) | APPELLANT'S MOTION |
| v. | ) | FOR VOLUNTARY DISMISSAL OF |
| | ) | APPEAL |
| KADEN AUGUST OLLILA, | ) | |
| | ) | |
| Defendant-Appellant, | ) | |
| | ) | |

Defendant-Appellant, KADEN AUGUST OLLILA, through and after

consultation with his attorney John Balazs, hereby moves the Court for voluntary

dismissal of appeal.   Mr. Ollila is in custody at FCI Pekin, Illinois.

Pursuant to Ninth Circuit Rule 27-9.1, Mr. Ollila's written consent to dismissal of his appeal is attached.

Dated: February 23, 2026

Respectfully submitted,


/s/ John Balazs
JOHN BALAZS

Attorney for Defendant-Appellant
KADEN AUGUST OLLILA

2

## CONSENT TO VOLUNTARY DISMISSAL
## OF APPEAL No. 25-5302

I, Kaden August Ollila, after consultation with my attorney, consent to the

voluntary dismissal of my appeal no. 25-5302.

Dated: February 6th, 2026

_____
KADEN AUGUST OLLILA